ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
ANDREW Y. CHOUNG - State Bar No. 203192
achoung@glaserweil.com
NICHOLAS E. HUSKINS - State Bar No. 299133
nhuskins@glaserweil.com
GLASER WEIL FINK
HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 282-6250
Facsimile: (310) 785-3550

*Attorneys for Plaintiffs*
*British Broadcasting Corporation,*
*BBC Worldwide, Ltd., and*
*DWTS Productions, LLC fka*
*BBC Worldwide Productions, LLC*

Glaser Weil

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

BRITISH BROADCASTING CORPORATION, a foreign corporation, BBC WORLDWIDE, LTD., a foreign limited company, and DWTS PRODUCTIONS, LLC *fka* BBC Worldwide Productions, LLC, a California limited liability company,

Plaintiffs,

v.

SCOTT STANDER & ASSOCIATES, INC., a California corporation, SCOTT STANDER, an individual, and THE STANDER GROUP, INC., a California corporation,

Defendants.

Case No.: CV 14−8047 FMO(Ex)

Hon. Fernando M. Olguin

**TABLE OF CONTENTS RE JOINT EVIDENTIARY APPENDIX**

Date: December 17, 2015
Time: 10:00 a.m.
Place: 312 N. Spring Street
Courtroom 22 – 5th Flr.
Los Angeles, CA 90012

# TABLE OF CONTENTS


| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| A | Rob Wade | Rob Wade Declaration dated October 28, 2015. | 2-4 |
| A-1 | | Excerpts of the Deposition of Rob Wade (35:22-36:4, 37:20-38:8). | 6-14 |
| B | Stacey Thomas | Stacey Thomas Declaration, dated October 31, 2015. | 16-19 |
| B-1 | | Previous Dancing With The Stars logo phased out in 2010, Exhibit 4 at the deposition of Stacey Thomas dated July 30, 2015. | 21 |
| B-2 | | Images of the current logo for Dancing With The Stars, bearing the bates numbers DWTS_000002-000004. | 23-25 |
| B-3 | | Excerpts of the deposition of Stacey Thomas, dated July 30, 2015 (7:25-8:20, 73:11-74:14, 74:19-21, 81:21-83:16). | 27-38 |
| B-4 | | Emails between Stacey Thomas, Kenneth Wu, and Andrea Andrade on July 31, 2014, bearing the bates number DWTS_000570-000573, which Stacey Thomas received from her father who contacted her after seeing an advertisement online for a Ballroom With A Twist performance at the 5th Avenue Theater. | 40-43 |
| B-5 | | Plaintiffs' Response to Defendants' First Set of Interrogatories. | 45-147 |
| C | Louis Van Amstel | Louis Van Amstel Declaration Dated October 30, 2015. | 149-151 |


Glaser Weil

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| C-1 | | Excerpts of the deposition Louis Van Amstel dated June 10, 2015 (10:11-12:10, 26:9-27:13, 28:1-15, 52:13-53:12, 53:15-21, 58:16-59:7, 92:9-25, 93:12-22, 106:1-9, 131:23-132.2, 142:10-20, 143:8-144:4, 144:7-8). | 153-176 |
| D | Cynthia Cohen | Cynthia Cohen Declaration Dated October 28, 2015. | 178-180 |
| D-1 | | Expert report prepared by Cynthia Cohen titled "Survey to Assess Whether Any Consumer Confusion is Likely to be Caused by The Stander Group's Use of the Trademark 'Dancing With the Stars," containing Dr. Cohen's expert opinion and the reasons and bases therefor. | 182-250 |
| E | Alan Goedde | Alan Goedde Declaration Dated October 29, 2015. | 252-254 |
| E-1 | | Expert report prepared by Alan Goedde containing his expert opinion and the reasons and bases therefor. | 256-277 |
| F | Vernon G. Chu | Vernon G. Chu Declaration Dated October 31, 2015. | 279-284 |
| F-1 | | The Dancing With The Stars 2014-2015 Winter Tour Accounting Statement Summary, containing the costs and profits of the 2014-2015 Dancing With The Stars Winter Tour, bearing the bates numbers DWTS_000254-000257. This document was marked attorneys' eyes only, and as such, has been filed under seal. | 286-289 |




Glaser Weil

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| F-2 | | Document titled "TV Markets" bearing the bates number DWTS_000294, listing the various countries in which Dancing With The Stars airs. | 291 |
| F-3 | | Document titled "Dancing With The Stars Seasons 2-20" bearing the bates number DWTS_000296-000298, listing the average viewership for Dancing With The Stars from season 2-20. | 293-295 |
| F-4 | | Document titled "Dancing With the Stars- Sponsors & Licensees- U.S. Only" bearing the bates number DWTS_000293, listing the sponsors and licensees of Dancing With The Stars in the U.S. | 297 |
| F-5 | | Document titled "Dancing With The Stars: Season 15 Track" bearing the bates number DWTS_000299, listing the viewership ratings for seasons 1-15 of Dancing With The Stars. | 299 |
| F-6 | | American Broadcasting Company's Participation Statement for Dancing With The Stars, bearing the bates numbers DWTS_ 000248-000253, containing the costs and profits of Dancing With The Stars from 2005-2014. This document was marked attorneys' eyes only, and as such, has been filed under seal. | 301-306 |
| F-7 | | Document titled "Dancing With The Stars Ratings Seasons 15-20" bearing the bates number DWTS_000295, listing the ratings | 308 |

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| | | for Dancing With The Stars from season 15 through season 20. | |
| F-8 | | Contract between Louis Van Amstel and BBC Worldwide Productions, LLC from 2008, bearing the bates numbers DWTS_000210-000226. | 310-326 |
| F-9 | | Contract between Emma Slater and BBC Worldwide Productions, LLC from 2012, bearing the bates numbers DWTS_000163-000184. | 328-349 |
| F-10 | | Contract between Valentin Chmerkovskiy and BBC Worldwide Productions, LLC from 2011, bearing the bates numbers DWTS_000185-000209. | 351-375 |
| F-11 | | Contract between Peta Murgatroyd and BBC Worldwide Productions, LLC from 2011, bearing the bates numbers DWTS_000136-000157. | 377-398 |
| F-12 | | Contract between Sharna Burgess and BBC Worldwide Productions, LLC from 2011, bearing the bates numbers DWTS_000085-000108. | 400-423 |
| F-13 | | Copy of the Dancing with the Stars summer 2015 itinerary, bearing the bates number DWTS_ 000265-000267. This document was marked attorneys' eyes only, and as such, has been filed under seal. | 425-427 |
| F-14 | | The USPTO Registration Certificate of the trademark for the wordmark "DANCING WITH THE STARS" to Plaintiffs British Broadcasting Corporation, bearing the bates number DWTS_000001. | 429 |





Glaser Weil

1084899

Glaser Weil

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| F-15 | | The "Dancing with The Stars" logo currently in use to promote the Dancing With The Stars show and live tour. | 431-447 |
| F-16 | | Entertainment magazines advertising the show Dancing With The Stars, bearing the bates numbers DWTS_000236-000246. | 449-459 |
| F-17 | | Tabloid stories about Dancing with the Stars before 2011, bearing the bates numbers DWTS_000483-000529, and 000549-000568. | 461-527 |
| F-18 | | Press about Dancing With the Stars after 2011, bearing the bates numbers DWTS_000530-000548. | 529-547 |
| F-19 | | Document titled "Dancing With The Stars Awards", listing the awards that the show has won since 2005, bearing the bates numbers DWTS_000300-000312. | 549-561 |
| F-20 | | Press about Dancing with the Stars and its dancers, bearing the bates numbers DWTS_000314-000428. | 563-731 |
| F-21 | | Communications from 2014 between BBC legal personnel and Dancing Pros/Dance Temptations personnel, in which BBC legal personnel ask Dancing Pros/Dance Temptations personnel to stop using the Dancing With The Stars Mark and they comply, bearing the bates numbers DWTS_000583-000590. | 733-740 |
| F-22 | | Communications from 2015 between BBC legal personnel and Salvation Army personnel, in | 742-743 |

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| | | which BBC legal personnel ask that the Salvation Army stop using the Dancing With The Stars Mark and the Salvation Army complies bearing the bates numbers DWTS_000622-000623. | |
| F-23 | | Cease and desist letter from the BBC to Defendants, sent in 2012, bearing the bates number DWTS_000569. | 745 |
| F-24 | | Email sent from Karina Smirnoff to Julie Haley, dated October 6, 2015. Obj | 747-749 |
| F-25 | | Contract between Jenna Johnson and BBC Worldwide Productions, LLC from 2014, bearing the bates number DWTS_000114-000135. | 751-772 |
| G | Erica Van Loon | Declaration of Erica J. Van Loon Dated October 31, 2015. | 774-778 |
| G-1 | | Meet and Confer letter to Peter Babos dated October 19, 2015. | 780-784 |
| G-2 | | Excerpts of the deposition transcript of Defendant Scott Stander, dated June 10, 2015 (158.608, 183.21-184.20, 265.8-266.15, 267.2-22, 270.16-271.3, 277.2-279.13). | 786-817 |
| G-3 | | Defendants' response to Plaintiffs' second set of special interrogatories. | 819-827 |
| G-4 | | Defendants' Supplemental Responses to Plaintiffs' First Set of Requests for Admissions. | 829-834 |
| G-5 | | Defendants' Responses to Plaintiffs' First Set of Special Interrogatories. | 836-846 |


Glaser Weil

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| G-6 | | Letter sent from Peter Babos to Val Chmerkovskiy, Peta Murgatroyd, Emma Slater, and Sharna Burgess, bearing the bates numbers DWTS_000007-000008. | 848-849 |
| G-7 | | Copies of third party publications about Defendants' show Ballroom With A Twist, bearing the bates numbers DWTS_000012-000016, 000023-000052, 000064-000075, 000078-000079. | 851-899 |
| G-8 | | Copies of photographs of posters advertising Ballroom With a Twist, bearing the bates numbers DWTS_000020-000022. | 901-903 |
| G-9 | | Copies of negative third party reviews of the show Ballroom With A Twist, bearing the bates numbers DWTS_000080-000084. | 905-909 |
| G-10 | | Agreement from October 2014 between Sharna Burgess and Defendants, bearing the bates numbers TSG_000007-00009. | 911-913 |
| G-11 | | Agreement from September 2014 between Valentin Chmerkovskiy and Defendants, bearing the bates numbers TSG_000012-000014. | 915-917 |
| G-12 | | The only portion available to Plaintiffs of the agreement from September 2014 between Emma Slater and Defendants, bearing the bates number TSG_000020. | 919 |
| G-13 | | Agreement from October 2013 between Peta Murgatroyd and Defendants, bearing the bates numbers TSG_000037-000038. | 921-922 |

Glaser Weil

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| G-14 | | Agreement from November 2013 between Valentin Chmerkovskiy and Defendants, bearing the bates numbers TSG_000034-000036. | 924-926 |
| G-15 | | The previous logo for Ballroom With A Twist, bearing the bates number TSG_0000116. | 928 |
| G-16 | | Cease and desist letter from Plaintiffs' attorneys at Glaser Weil Fink Howard Avchen & Shapiro, LLP, to Defendants, sent in 2014 bearing the bates numbers DWTS_000574-000575. | 930-931 |
| G-17 | | Attached as Exhibit 23 is a true and correct copy of the Ballroom With a Twist lineup for the 2014-2015 tour, bearing the bates numbers DWTS__000053-000063. | 933-943 |
| G18 | | Copies of advertisements from Defendant Scott Stander's website and the Ballroom with a Twist Facebook page, bearing the bates numbers DWTS_000017-000019, 000030-000033, 000035, 000050, 000052, 000065-000067. | 945-957 |
| G-19 | | Document titled Ballroom With A Twist Venues, detailing the dates, venues and stars for the Ballroom With A Twist shows from 2008-2015. | 959-965 |
| G-20 | | Email from Plaintiffs' Counsel to Defendants' Counsel dated Monday, November 2, 2015 | 965-2 – 965-5 |
| G-21 | | Email chain between Plaintiffs' Counsel and Defendants' Counsel from November 11, 2015 to | 965-7 – 965-12 |

Glaser Weil

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| | | November 15, 2015 | |
| G-22 | | Email from Defendants' Counsel to Plaintiffs' Counsel dated November 16, 2015 | 965-14 |
| H | Leah Saffian | Declaration of Leah Saffian, dated October 30, 2015. | 967-969 |
| H-1 | | Email sent from Leah Saffian to Scott Stander on January 7, 2011, bearing bates number LVA000087. | 971 |
| I | Guy Phillips | Declaration of Guy Phillips dated October 31, 2015. | 973-977 |
| I-1 | | Copies of advertisements for Dancing With The Stars: Live! bearing the bates numbers DWTS000002 and 000004. | 979-980 |
| I-2 | | Copies of advertisements for Dancing With The Stars: Live! as seen on Ticketmaster.com during April and July 2015. | 982-986 |
| I-3 | | The Dancing With The Stars 2014-2015 Winter Tour Accounting Statement Summary and 2015-2016 Winter Tour Budget, detailing the difference in guarantees. This document was marked attorneys' eyes only, and as such, has been filed under seal. | 988-993 |
| I-4 | | Copy of an email from Beth Dean to Faculty Productions in 2015, bearing the bates numbers DWTS_000009-000010. | 995-996 |
| J | Scott Stander | Declaration of Scott Stander, dated November 9, 2015 | 1001-1006 |
| J-1 | | Pollstar Pro Artist Profile Report | 1008-1015 |



Glaser Weil

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| | | | |
| J-2 | | Other live dancing shows referring to Dancing with the Stars | 1017-1027 |
| J-3 | | Positive reviews of BWAT shows from both venues and the general public | 1029-1040 |
| K | Peter J. Babos | Declaration of Peter J. Babos, dated November 9, 2015. | 1041-1043 |
| K-1 | | Declaration/report of Dr. Elaine Reardon. | 1045-1067 |
| L | Amirali Haidri | Declaration of Amirali Haidri, dated November 9, 2015. | 1068-1072 |
| L-1 | | Petition for Cancellation of Trademark Registration | 1073-1080 |
| M | Chelsie Hightower | Declaration of Chelsie Hightower, dated November 9, 2015 | 1081-1082 |
| N | Damien Whitehead | Declaration of Damien Whitehead, dated November 9, 2015 | 1083-1084 |




Glaser Weil

DATED: November 16, 2015

Respectfully submitted,

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

By: /s/ Erica J. Van Loon
Adrian Pruetz
Erica J. Van Loon
Andrew Y. Choung
Nicholas Huskins
*Attorneys for British Broadcasting Corporation, BBC Worldwide, Ltd., and DWTS Productions, LLC fka BBC Worldwide Productions, LLC*

DATED: November 16, 2015

LAW OFFICES OF PETER J. BABOS

By: __________/s/_________________
PETER J. BABOS
*Attorneys for Defendants Scott Stander, Scott Stander & Associates, Inc., and The Stander Group, Inc.*



Glaser Weil