ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
REX HWANG - State Bar No. 221079
rhwang@glaserweil.com
NICHOLAS E. HUSKINS - State Bar No. 299133
nhuskins@glaserweil.com
GLASER WEIL FINK
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 282-6250
Facsimile: (310) 785-3550

*Attorneys for Plaintiffs*
*British Broadcasting Corporation,*
*BBC Worldwide, Ltd., and*
*DWTS Productions, LLC fka*
*BBC Worldwide Productions, LLC*

[Counsel For Defendants On Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRITISH BROADCASTING CORPORATION, a foreign corporation, BBC WORLDWIDE, LTD., a foreign limited company, and DWTS PRODUCTIONS, LLC *fka* BBC Worldwide Productions, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT STANDER & ASSOCIATES, INC., a California corporation, SCOTT STANDER, an individual, and THE STANDER GROUP, INC., a California corporation,<br><br>Defendants. | Case No.: CV 14−8047 FMO-E<br><br>**TABLE OF CONTENTS RE JOINT EVIDENTIARY APPENDIX**<br><br>DATE: July 14, 2016<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Fernando M. Olguin<br>PLACE: Courtroom 22 – 5th Floor |

# TABLE OF CONTENTS

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| A | Rob Wade | Declaration of Rob Wade, dated October 28, 2015. | 2-4 |
| A-1 | | Excerpts of the Deposition of Rob Wade (29:1-17, 35:22-36:4, 37:20-38:8). | 6-14 |
| B | Stacey Thomas | Declaration of Stacey Thomas, dated October 31, 2015. | 16-19 |
| B-1 | | Original Dancing With The Stars logo ("DWTS Logo") phased out in 2010. | 21 |
| B-2 | | Images of the current DWTS Logo. | 23-25 |
| B-3 | | Excerpts of the deposition of Stacey Thomas, dated July 30, 2015 (73:11-74:14). | 27-38 |
| B-4 | | Emails between Stacey Thomas, Kenneth Wu, and Andrea Andrade on July 31, 2014. | 40-43 |
| B-5 | | British Broadcasting Corporation's Response to The Stander Group, Inc.'s First Set of Interrogatories (Nos. 1-30). | 45-147 |
| C | Louis Van Amstel | Declaration of Louis Van Amstel, dated October 30, 2015. | 149-151 |
| C-1 | | Excerpts of the deposition of Louis Van Amstel dated June 10, 2015 (28:1-15, 52:13-53:21, 92:9-93:22, 142:10-144:8). | 153-176 |
| D | Dr. Cynthia Cohen | Declaration of Dr. Cynthia Cohen, dated October 28, 2015. | 178-180 |
| D-1 | | Expert report of Dr. Cynthia Cohen. | 182-250 |
| E | Alan Goedde | Declaration of Alan Goedde, dated October 29, 2015. | 252-254 |
| E-1 | | Expert report of Alan Goedde. | 256-277 |

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| F | Hal Poret | Declaration of Hal Poret, dated June 6, 2016. | 279-281 |
| F-1 | | Expert Report of Hal Poret. | 283-405 |
| G | Erica J. Van Loon | Declaration of Erica J. Van Loon, dated June 8, 2016. | 407-410 |
| G-1 | | Excerpts of the deposition transcript of Defendant Scott Stander, dated June 25, 2015 (150:3-6, 262:13-19, 281:7-282:7). | 412-419 |
| G-2 | | Defendants' Responses to Plaintiffs' First Set of Special Interrogatories. | 421-431 |
| G-3 | | Defendants' Responses to Plaintiffs' Second Set of Special Interrogatories. | 433-441 |
| G-4 | | Letter sent from Peter Babos to Val Chmerkovskiy, Peta Murgatroyd, Emma Slater, and Sharna Burgess. | 443-444 |
| G-5 | | Marketing materials and other publications relating to Defendants' Ballroom With A Twist ("BWAT") show, which are publicly available on the internet. | 446-502 |
| G-6 | | Photographs of posters advertising BWAT. | 504-506 |
| G-7 | | Third party reviews of the show BWAT. | 508-511 |
| G-8 | | Agreement from October 2014 between Sharna Burgess and Defendants. | 513-515 |
| G-9 | | Agreement from September 2014 between Valentin Chmerkovskiy and Defendants. | 517-519 |
| G-10 | | Excerpt of the agreement from September 2014 between Emma Slater and Defendants. | 521 |
| G-11 | | Agreement from October 2013 between Peta Murgatroyd and Defendants. | 523-524 |

TABLE OF CONTENTS RE JOINT EVIDENTIARY APPENDIX

1199205

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| G-12 | | Agreement from November 2013 between Valentin Chmerkovskiy and Defendants. | 526-528 |
| G-13 | | Previous logo for BWAT. | 530 |
| G-14 | | Cease and desist letter sent from counsel at Glaser Weil Fink Howard Avchen & Shapiro, LLP, to Defendants, in 2014. | 532-533 |
| G-15 | | BWAT lineup for the 2014-2015 tour. | 535-545 |
| G-16 | | Advertisements from Defendant Scott Stander's website and the BWAT Facebook page. | 547-559 |
| G-17 | | Document titled "Ballroom With A Twist Venues," detailing the dates, venues and stars for the BWAT shows from 2008-2015. | 561-567 |
| G-18 | | Excerpts of the deposition transcript of Weston Anson, dated May 11, 2016 (37:16-18, 55:25-56:2, 575:9-14, 247:10-16) | 569-577 |
| H | Leah Saffian | Declaration of Leah Saffian, dated October 30, 2015. | 579-581 |
| H-1 | | Email sent from Leah Saffian to Scott Stander on January 7, 2011. | 583 |
| I | Guy Phillips | Declaration of Guy Phillips, dated October 31, 2015. | 585-589 |
| I-1 | | Advertisements for *Dancing With The Stars: Live!* (*"DWTS: Live!"*), available to the public. | 591-592 |
| I-2 | | Advertisements for *DWTS: Live!* as seen on Ticketmaster.com during April and July 2015. | 594-598 |
| I-3 | | The Dancing With The Stars ("DWTS") 2014-2015 Winter Tour Accounting Statement Summary and 2015-2016 | 600-605 |

3

TABLE OF CONTENTS RE JOINT EVIDENTIARY APPENDIX

1199205

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| | | Winter Tour Budget. | |
| I-4 | | Email from Beth Dean to Faculty Productions in 2015. | 607-608 |
| J | Julie Haley | Declaration of Julie Haley, dated June 7, 2016. | 610-616 |
| J-1 | | The document titled "TV Markets," reflecting the television markets that DWTS has aired in. | 618 |
| J-2 | | Document reflecting information relating to the DWTS television show, including telecast dates and rating information. | 620-622 |
| J-3 | | The document titled "Dancing With the Stars-Sponsors & Licensees-U.S. Only," accurately reflecting sponsors and licensees of the DWTS wordmark ("DWTS Wordmark") and DWTS Logo (collectively, "DWTS Marks"). | 624 |
| J-4 | | The document titled "Dancing With The Stars: Season 15 Track," accurately showing ratings for the DWTS show. | 626 |
| J-5 | | American Broadcasting Company's Participation Statement for DWTS. | 628-633 |
| J-6 | | Document relating to the DWTS television show, including episode air dates. | 635 |
| J-7 | | DWTS dancer contracts with Louis Van Amstel, Emma Slater, Valentin Chmerkovskiy, Peta Murgatroyd, and Sharna Burgess. | 637-746 |
| J-8 | | The 2015 itinerary for the *DWTS: Live!* show. | 748-750 |
| J-9 | | USPTO Registration Certificate for the DWTS Wordmark. | 752 |
| J-10 | | Advertisements, tabloid stories, and other | 754-867 |

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| | | media and press coverage for DWTS. | |
| J-11 | | The document titled "Dancing With The Stars Awards," showing DWTS award nominations and wins. | 869-880 |
| J-12 | | Document summarizing additional press coverage that DWTS has received. | 882-1050 |
| J-13 | | Communications and documents (*e.g.*, cease and desist letters, responses to the cease and desist letters, and evidence of compliance with cease and desist letters) demonstrating Plaintiffs' enforcement efforts relating their DWTS Marks. | 1052-1136 |
| J-14 | | Cease and desist letter sent from the BBC to Defendants in 2012. | 1138 |
| J-15 | | Communications between Karina Smirnoff and Julie Haley. | 1140-1142 |
| J-16 | | Agreement entitled "Dance Troupe Dancer Agreement," executed on February 25, 2014. | 1144-1165 |
| J-17 | | "Notice of Acceptance Under Section 8" issued by the USPTO in connection with the DWTS Wordmark. | 1167 |
| J-18 | | Excerpt from the Wikipedia page for DWTS summarizing U.S. Nielson ratings for the DWTS television show | 1169 |
| J-19 | | Third party licenses relating to the DWTS Marks. | 1171-1243 |
| J-20 | | Agreements between BBC Worldwide and Faculty Productions, LLC. | 1245-1268 |
| J-21 | | Documents relating to the *DWTS: Live!* show, including but not limited to promotional and advertising materials and printouts of ticket vendor websites. | 1270-1452 |
| J-22 | | Document entitled "Dancing With The | 1454 |

5
TABLE OF CONTENTS RE JOINT EVIDENTIARY APPENDIX

1199205

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
|  |  | Stars 2009-2010 Routing" including an overview of the cities, event details, and venue information for the DWTS live shows that took place from 2009 to 2010. |  |
| J-23 |  | Screen shot of a portion of the DWTS television show that aired in season 10, which reflects the use of the DWTS Logo. | 1456 |
| J-24 |  | Screen shot of a portion of the DWTS television show that aired in season 11, which reflects the use of the DWTS Logo. | 1458 |
| J-25 |  | Screen shot of a portion of the DWTS television show that aired in season 12, which reflects the use of the DWTS Logo. | 1460 |
| J-26 |  | Screen shot of a portion of the DWTS television show that aired in season 13, which reflects the use of the DWTS Logo. | 1462 |
| J-27 |  | Screen shot of a portion of the DWTS television show that aired in season 14, which reflects the use of the DWTS Logo. | 1464 |
| J-28 |  | Screen shot of a portion of the DWTS television show that aired in season 15, which reflects the use of the DWTS Logo. | 1466 |
| J-29 |  | Screen shot of a portion of the DWTS television show that aired in season 16, which reflects the use of the DWTS Logo. | 1468 |
| J-30 |  | Screen shot of a portion of the DWTS television show that aired in season 17, which reflects the use of the DWTS | 1470 |

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| | | Logo. | |
| J-31 | | Screen shot of a portion of the DWTS television show that aired in season 18, which reflects the use of the DWTS Logo. | 1472 |
| J-32 | | Screen shot of a portion of the DWTS television show that aired in season 19, which reflects the use of the DWTS Logo. | 1474 |
| J-33 | | Screen shot of a portion of the DWTS television show that aired in season 20, which reflects the use of the DWTS Logo. | 1476 |
| J-34 | | Screen shot of a portion of the DWTS television show that aired in season 21, which reflects the use of the DWTS Logo. | 1478 |
| J-35 | | Printout from the DWTS Facebook page displaying the mirror ball trophy, which itself includes the DWTS Logo. | 1480 |
| K | Rex Hwang | Declaration of Rex Hwang, dated June 15, 2016. | 1482-1485 |
| K-1 | | Excerpts of the deposition transcript of Defendants' expert Weston Anson, dated May 11, 2016 (19:11-14, 23:8-10, 63:5-10, 80:24-81:4, 107:7-9, 111:4-25, 133:7-134:16, 135:21-136:3, 155:21-156:2, 166:21-167:14, 167:18-168:22, 170:3-13, 173:1-8, 247:7-9). | 1487-1512 |
| K-2 | | Meet and confer letter re: summary judgment motion sent by Defendants' counsel, Peter J. Babos, on May 24, 2016. | 1514-1515 |
| K-3 | | Printout of web articles demonstrating Plaintiffs produced the reality | 1517-1527 |

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| | | competition "Skating With The Stars." | |
| K-4 | | Screen shot of the original DWTS logo, used by Plaintiffs prior to the adoption of the DWTS Logo at issue in this litigation. | 1529 |
| K-5 | | Screen shots of the opening credits of the DWTS television show, demonstrating that BBC Worldwide is referenced in the opening credits of the television show and/or in conjunction with the DWTS Logo. | 1531-1532 |
| K-6 | | Excerpts of the deposition transcript of Julie Haley, Senior Vice President of Business and Legal Affairs for Plaintiff BBC Worldwide, dated March 9, 2016 (22:1-9). | 1534-1540 |
| K-7 | | Excerpts of the deposition transcript of Vernon Chu, General Counsel for BBC Worldwide, dated May 13, 2016 (57:13-23, 58:4-9). | 1542-1548 |
| K-8 | | Email from Defendants' counsel, Peter J. Babos, to Rex Hwang, counsel for Plaintiff, dated Tuesday, June 14, 2016. | 1550-1551 |
| K-9 | | Email from Defendants' counsel, Peter J. Babos, to Rex Hwang, counsel for Plaintiff, dated Tuesday, June 14, 2016. | 1553-1555 |
| K-10 | | Email from Defendants' counsel, Peter J. Babos, to Rex Hwang, counsel for Plaintiff, dated Tuesday, June 14, 2016. | 1557 |
| K-11 | | Defendants' brief containing Defendants' opposition arguments, sent to Plaintiffs' counsel, Rex Hwang, by Defendants' counsel, Peter J. Babos, on Tuesday, June 14, 2016. | 1559-1600 |
| K-12 | | Email from Defendants' counsel, Peter J. Babos, to Rex Hwang, counsel for | 1602 |

| Exhibit No. | Declaration | Description of Evidence | Page No. |
|---|---|---|---|
| | | Plaintiff, dated Tuesday, June 14, 2016. | |
| K-13 | | Email from Plaintiffs' counsel, Rex Hwang, to Defendants' counsel, Peter J. Babos, dated Wednesday, June 15, 2016. | 1604-1608 |
| L | Scott Stander | Declaration of Scott Stander, dated June 14, 2016. | 1610-1611 |
| L-1 | | Declaration of Scott Stander, dated November 14, 2015. | 1613-1618 |
| L-2 | | TSG's Supplemental Responses to Plaintiff's First, Second, and Third Set of Special Interrogatories | 1620-1627 |
| M | Damian Whitewood | Declaration of Damian Whitewood, dated November 9, 2015. | 1629-1630 |
| N | Chelsie Hightower | Declaration of Chelsie Hightower, dated November 9, 2015. | 1632-1633 |
| O | Peter J. Babos | Declaration of Peter J. Babos, dated June 15, 2016. | 1635-1636 |
| | | Defendants' Exhibits O-1 to O-45 attached to the Declaration of Peter J. Babos. | 1638-2065 |

DATED: June 15, 2016

Respectfully submitted,

GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP


By: */s/ Erica J. Van Loon*
       ERICA J. VAN LOON
*Attorneys for British Broadcasting Corporation, BBC Worldwide, Ltd., and DWTS Productions, LLC fka BBC Worldwide Productions, LLC*

DATED: June 15, 2016

LAW OFFICES OF PETER J. BABOS

By: */s/ Peter Babos*
  PETER J. BABOS
*Attorneys for Defendants Scott Stander, Scott Stander & Associates, Inc., and The Stander Group, Inc.*

*Filers Attestation: Pursuant to Local Rule 5-4.3.4(a)(2), the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*